

Andrea K. George
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
Attorney for Bobby Charles Owens

# United States District Court
## Eastern district of Washington

| | |
|---|---|
| United States,<br><br>    Plaintiff,<br><br>    v.<br><br>Bobby Charles Owens,<br><br>    Defendant. | No. 2:21-CR-029-RMP<br><br><br><br>Motion For Furlough<br><br><br><br>July 18, 2022 @ 2:00 p.m.<br>Spokane, Washington |

1      Bobby Charles Owens moves this Court for a one-day furlough to attend his

2  sister's funeral service in Wapato, Washington.

3      On March 16, 2021, the United States charged Mr. Owens with Count 1-child

4  sex trafficking and attempted child sex trafficking, Count 2-attempted production of

5  child pornography, and Count 3- receipt and attempted receipt of child

6  pornography. Mr. Owens has remained in custody since his arrest. Mr. Owen's has

7  a change of plea set for July 28, 2022, with an 11(c)(1)(C) agreement of 12 years.

8      Mr. Owens' sister's service will be held on July 21, 2022, at Westview

9  Memorial Funeral Home, Wapato, Washington, approximately three hours from

10  Spokane.  The viewing and service will be from 10:00 a.m. to noon; and the dinner

11  from noon to 4:00 p.m.

12      Mr. Owens' wife will chaperone Mr. Owens from the Spokane County Jail, to

13  the services in Wapato, and directly back to Spokane County Jail.

14      Thus, Mr. Owens' seeks release from the Spokane County Jail on Thursday,

15  July 21, 2022, from 6:00 a.m. until 8:00 p.m.

16      The Government opposes this motion.

Dated: July 15, 2022, 2022

                      Federal Defenders of Eastern Washington & Idaho

                      *s/Andrea K. George*

                      Andrea K. George, MN 202125
                      10 North Post Street, Suite 700
                      Spokane, Washington 99201
                      t: (509) 624-7606
                      f: (509) 747-3539
                      Email: Andrea_George@fd.org

## Service Certificate

I certify that on July 15, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: David Herzog.

                      *s/Andrea K. George*

                      Andrea K. George, MN 202125
                      10 North Post Street, Suite 700
                      Spokane, Washington 99201
                      t: (509) 624-7606
                      f: (509) 747-3539
                      Andrea_George@fd.org