# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>-vs-<br>BOBBY CHARLES OWENS,<br><br>                             Defendant. | Case No.    2:21-CR-0029-RMP<br>**CRIMINAL MINUTES**<br><br>DATE:    OCTOBER 27, 2022<br>LOCATION:  SPOKANE<br><br>**SENTENCING HEARING** |

| | | |
|---|---|---|
| | **Hon. Rosanna Malouf Peterson** | |
| Penny Lamb | LC1 | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| David Herzog | | Andrea George |
| **Government Counsel** | | **Defense Counsel** |
| **United States Probation Officer:**  Shawn Kennicutt | | |

[ X ]  Open Court              [  ]  Chambers              [  ]  Telecon

Defendant present in custody of United States Marshal with appointed counsel.

Court confirmed with Defendant that the Court has reviewed the final PSR, the Addendum to the PSR, the Sentencing Memorandums filed by both counsel, the victim impact statement filed by the Government, and that Defendant has had an opportunity to review all those same documents.  There were no objections to the PSR.  The Court accepted the Presentence Investigation Report.

Ms. George addressed the Court and asked that the Court accept the parties' 11(c)(1)(C) Plea Agreement for a sentence of 12 years.

Mr. Herzog addressed the Court and joined the defense in recommending a sentence of 12 years and asked that the Court also accept the parties' 11(c)(1)(C) Plea Agreement.  Mr. Herzog read a statement written by C.S. into the record.

Defendant addressed the Court.

The Court accepted the parties' recommendation for a sentence of 144 months.

**Imprisonment:**           144 Months
**Supervised Release:**     Life with standard conditions **plus special conditions:**
   1.  You must not communicate, or otherwise interact, with C.S., either directly or through someone else, without first obtaining the permission of the probation officer
   2.  You must not have direct contact with any child you know or reasonably should know to be under the age of 18, not including your own children, without the permission of the probation officer.
   3.  You must maintain a complete and current inventory of the computer equipment you use and provide it to the supervising officer.
   4.  You must provide a complete record of all passwords and user identifications (both past and present) to the supervising officer and must not make any changes without the prior approval of the supervising officer.

| CONVENED: 9:29 A.M. | ADJOURNED: 9:49 A.M. | TIME: 0:20 HR. | CALENDARED | [ N/A ] |
|---|---|---|---|---|

*United States –vs- Bobby Charles Owens*  October 27, 2022
2:21-CR-0029-RMP  Page 2
Sentencing Hearing

    5.  To ensure compliance with the computer monitoring condition, you must allow the probation officer to conduct initial and periodic unannounced searches on any of the following used by you: computers, other electronic communications or data storage devices or media.
    6.  You must submit to search, any of the following used by you: computers, other electronic communications or data storage devices or media, including smart phones.
    7.  You must complete a mental health evaluation and follow any treatment recommendations.
    8.  You shall report to the Probation Office any and all electronic communications service accounts. The defendant shall provide each account identifier and password, and shall report the creation of new accounts, including your user identifications and passwords.
    9.  You must submit your person, residence, office, or vehicle and belongings to a search, conducted by a probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision.
    10. You must complete a sex offender evaluation, which may include psychological and polygraph testing.
    11. You must actively participate and successfully complete an approved state-certified sex offender treatment program.
    12. You must submit to periodic polygraph testing at the discretion of the probation officer.
    13. You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program.
    14. You must abstain from the use of illegal controlled substances and must submit to testing.
    15. You must not enter into or remain in any establishment where alcohol is the primary item of sale, you must abstain from alcohol and must submit to testing.

**Fine:** Waived
**Special Assessment:** $100 – Inmate Financial Responsibility Program

The Court found Defendant indigent and therefore the JVTA assessment is waived. The Court left restitution open for 60 days in case the Government wants to present some information. Court GRANTS Government's oral motion to dismiss Counts 1 through 3 of the underlying Indictment.

Ms. George requested a recommendation for placement at FCI Englewood so Defendant can participate in the Sex Offender Management Program and RDAP.

Appeal rights given.